CRIMINAL DOCKET - U.S. District Court

| | | Assigned | | | (LAST, FIRST, MIDDLE) | Case Filed | | | Docket No. | Def |
|---|---|---|---|---|---|---|---|---|---|---|

PO ☐ 417 4 1705 ☐ WRIT U.S VS ● **WILLIAMS, PAMELA JOYCE**  
Disp./Sentence ☐ JUVENILE  
Misd ☐ *1705* ☐ ALIAS

Mo 02 | Day 18 | Yr 86 | Docket No. 00007 | 04

Felony ☒ | District | Off | Judge/Magistr | OFFENSE ON INDEX CARD ▶ Government funds

No of Def's ● 8 | U S MAG CASE NO. ▶

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | | DISM NG | GUILTY NOLO |
|---|---|---|---|---|---|
| 18§371 | Conspiracy to embezzle Government funds | Ct. 1 | 1 | | |
| 18§641 | Embezzlement of Government funds | Ct. 5 | 1 | | |
| 18§641 & 2 | Embezzlement of Government funds and aiding & abetting | Cts. (12&17) | 2 | X | |
| 18§1001 & 2 | False Statements to defraud U.S. & Aiding and abetting | Ct. 18 | 1 | X | |

SUPERSEDING COUNTS ▲ ☐ JURY ☒ N J

## II. KEY DATE

INTERVAL ONE  
KEY DATE **2/24/86** EARLIEST OF  
☒ summons ☐ arrest ☐ custody ☐ appears on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)  
KEY DATE **02-18-86** APPLICABLE  
☒ Indictment filed/unsealed ☐ consent to Magr trial on complaint ☐ Information ☐ Felony W/waiver

KEY DATE **3-18-86** LATEST OF  
☒ 1st appears on pending charge /R40 ☐ Receive file R20/21 ☐ Supsdg ☐ Ind ☐ Inf ☐ Order New trial

END INTERVAL TWO  
KEY DATE **4-21-86** APPLICABLE  
☒ Pled guilty ☒ After N ☐ Nolo ☐ After n ☐ Dismissal ☐ Trial (voir dire) bega

| 1st appears with or waives counsel | ARRAIGNMENT **3-18 86** | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros | FINAL CHARGES DISMISSED on S T grounds ☐ W P ☐ WOP |
|---|---|---|---|---|---|---|---|---|

## III. MAGISTRATE

| | | DATE | INITIAL/NO | | INITIAL/NO | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant | Issued / Return | | | INITIAL APPEARANCE DATE ▶ | | ☐ DISMISSED HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION — OR — ☐ REMOVAL HEARING: Date Scheduled ▶ / Date Held ▶ | | HELD FOR GJ OR OTHER PRO CEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED Tape Number | | |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:  
Buchanan, Knight, Scott, Rodriguez, Findeisen, Upton, Vandiford

RULE ☐ ☐ ☐ : ☐ ☐  
20 21 40 In O

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS  
U S Attorney or Asst

JOHN STUART BRUCE

Defense: 1 ☐ CJA. 2 ☐ Ret 3 ☐ Waived 4 ☐ Self 5 ☐ Non / Other. 6 ☐ PD 7 ☐ CD

(P) **Ernest Joseph Wright**  
**2 W. Bayshore Blvd.**  
**Jacksonville, N. C. 28540**

*70 days up: 5-27-86*

*P.T.D. 4-21-86 N.B.*

BAIL ● RELEASE  
PRE INDICTMENT  
Release Date  
☐ Bail Denied  
☐ Fugitive  
☐ Pers. Re  
AMOUNT SET ☐ PSA  
$ _____  
Conditions ☐ 10% Dep  
Date Set ☐ Surety B  
☐ Bail Not Made ☐ Collatera  
Date Bond Made ☐ 3rd Prty  
☐ Other

POST INDICTMENT  
Release Date  
Bail ☐ Denied  
☐ Fugitive  
☐ Pers. Re  
AMOUNT SET ☐ PSA  
$ **PR**  
Conditions ☐ 10% Dep  
Date Set ☐ Surety B  
☐ Bail Not Made ☐ Collatera  
Date Bond Made **3-18-8** ☐ 3rd Prty ☐ Other

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D NUMBER | DATE | RECEIPT NUMBER | C.D NUMBER |

APPEALS FEE PAYMENTS

**V. PROCEEDINGS**

(OPTIONAL) Show last names of defendants

| DATE | | |
|---|---|---|
| 02-18-86 | 1. | **INDICTMENT FILED**<br>Request for Summons to be issued by the U.S. Attorney |
| 02-19-86 | 2. | **ISSUED SUMMONS**   Original and one copy of summons to U.S. Marshal with copy of indictment for service.<br>1c U.S. Atty. |
| 2/26/86 | | **MARSHALS RETURN on Summons - served personally upon deft at N.I.S. Office Camp Lejeune, N. C. on 2/24/86** |
| 3-3-86 | | **ISSUED NOTICE TO APPEAR** - set for arraignment on Tuesday, March 18, 1986, at 10A.M... in New Bern, N.C. before U.S. Magistrate. 1c: U.S. Atty and |
| 3/18/86 | | **ARRAIGNED NG/J**<br>    **PRE TRIAL MOTION 4/17/86**<br>    **RESPONSE BY GOVT. 4/27/86**<br>    **70 days Up: 5/27/86   PTD 4/21/86 New Bern** |
| 3/18/86 | | **WAIVER OF RIGHT TO BE REPRESENTED BY SEPARATE COUNSEL** |
| 3/18/86 | | **ORDER SETTING CONDITIONS OF RELEASE** - PR executed 3/18/86 |
| 3-25-86 | | **ISSUED NOTICE**   Deft. set for jury trial on Monday, April 21, 1986 at 10:00 A.M. in New Bern, North Carolina before Judge Dupree cys. dist. |
| 4-21-86 | | CHANGE OF PLEA -@ New Bern, Court Reporter, Lib Leonard<br>    MEMORANDUM OF PLEA AGREEMENT<br>    Deft. Competent<br>    Rule 11 conducted<br>    Plea of Guilty to   Counts 12 & 18<br>    Motion to Dismiss   Countsd 1,5, & 17<br>    Factual Basis<br>    Plea Accepted, Motion to Dismiss Allowed<br>    Cannot WithDraw Plea<br>    Sentencing set   Deferred<br>    Bond:   Continued<br>WRITTEN MEMORANDUM OF PLEA AGREEEMNT - 1c U.S. Atty., 1c Probation Office, 1c Judge Dupree, Counsel of Record. |
| 6-16-86 | | **ISSUED NOTICE**   deft. set for Sentencing on Monday, June 30, 1986 at 11:00 A.M. in Raleigh, N.C. before Judge Dupree, cys. dist. |
| 6-26-86 | | **SENTENCING MEMORANDUM**   1c: Judge Dupree (orig. only in w/numerous attachments   lead off file)<br>w/cs. |
| 6-30-86 | | **JUDGMENT AND COMMITMENT** - Jo Bush Court Reporter   (Amended by entry on 1/30/87)<br>    FIVE (5) years<br>    E.S.S. and the deft. placed on probation for a period of five (5) years, under the general conditions as recorded in the clerks office. The court further orders that the deft. pay a special assessment in the amount of $50.00. The court furthers orders that the deft. make restitution in the amount of $17,308.00.  The restituion imposed is to be paid under the supervision of the Probation Office. Judge Dupree, CR OB # 4, 314 cys. dist. (ent. 7-9-86)  ms |

LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A. Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]

B. NARA exam (18 USC 2902) [(1) (B)]

C. State/Fed'l proceedings on other charges ( ) (D)

D. Interlocutory appeal [(1)(E)]

E. Pretrial motion from filing to hearing or to other prompt disposition) [(1)(F)]

F. Transfer from other district per FRCrP 20, 21 or 40 or Mag Rule 6a [(1)(G)]

G. Proceedings under advisement not to exceed 30 days after all necessary submissions filed and hearings completed [(1)(J)]

H. Misc. proceedings arraignment, parole probation revocation, Deportation, extradition [(1)(H)]

5 Deferral of prosecution (per 28 USC 2902) [(1)(H)i]

6 Transportation from another district or or from examination or hospitalization in 10 days or less [(1)(H)]

7 Consideration by Court of proposed plea agreement [(1)(I)]

I. Prosecution deferred by mutual agreement [(2)]

M. Unavailability of defendant or essential witness [(3)(A-B)]

N. Period of mental/physical incompetence of deft. to stand trial [(4)]

O. Period of NARA commitment/treatment [(5)]

P. Superseding indictment and or new charges [(6)]

R. Def. awaiting trial of co-defendant & no severance has been granted [(7)]

T. Continuances granted per the (8) use if granted if more than one of the following reasons (T1 thru T4+) given in support of continuance [(8)(A-B)]

T1 Fail. re to continue would stop further proceedings or result in miscarriage of justice [8](B)(i)

T2 Case unusual or complex [(8)(B)(ii)]

T3 Indictment can't be filed in 30 days [(8)(B)(iv)]

4 Continuance granted to obtain or retain counsel or govt. reasonable time to prepare [(8)(B)(iv)]

J. Time up to withdrawal quilty plea [(1)(I)]

W (6 and July indictment time extended 30 more days (6) da)

**UNITED STATES DISTRICT COURT**
**CRIMINAL DOCKET** \ *U. S. vs*

WILLIAMS, PAMELA JOYCE

AO 256A ⊕

86-7-04-CR-4

Yr. | Docket No. | Def

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELA' |
|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 10-28-86 | **MOTION** PURSUANT TO RULE 35 with Brief in Support of Rule 35(b) Motion - w/cs U.S. Atty., lc Judge Dupree | |
| 1-29-87 | **ANSWER TO MOTION FOR REDUCTION IN SENTENCE**- w/cs (D.J. Stone, SAUSA) lc: Judge Dupree. | jh |
| 1-29-87 | **SUPPORTING MEMRANDUM OF LAW**- (D.J. Stone,SAUSA) w/cs lc: Judge Dupree | jh |
| 1-30-87 | **AMENDED JUDGMENT AND PROBATION/COMMITMENT ORDER** - (amended as restitution only) 5 yrs. - ESS - 5 yrs. probation Deft. pay a special assessment in amoutn of $50.00 Defendant make restitution in the amount of $10,000 Rest. imposed is to be paid under the supervision of the probation office. (Dupree, J) Cr. OB#5, P. 147. cys. distr. 2/6/87. (ent. 2/6/87). | |
| 4-7-88 | **SATISFACTION OF JUDGMENT** - certified that Judgment had against deft has been satisfied and cancelled this 7th day of April, 1988. (J. Rich Leonard by: Janet H. Hansen) cys: AUSA                    jh | |
| 1-12-89 | **REPORT AND ORDER TERMINATING PROBATION PRIOR TO ORIGINAL EXPIRATION DATE** - Pursuant to the abvoe report it is ordered that the deft. be discharged from probation and that the proceedings in the case be terminated. Judge Dupree, CR OB # 8, p 23 cys. to probation.    ms | |

NITED STATES DISTRICT COURT
RIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |